## UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS
## KANSAS CITY

| | |
|---|---|
| KIMBERLY WILKINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-CV-2478 JWL/GLR |
| ) | |
| VALENTINE & KEBARTAS INC., ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

KIMBERLY WILKINSON (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against VALENTINE & KEBARTAS INC., (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant does business in the state of Kansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

PLAINTIFF'S COMPLAINT                1

## PARTIES

7. Plaintiff is a natural person residing in Lenexa, Johnson County, Kansas.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a national company with its headquarters in Lawrence, Essex County, Massachusetts.

11. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

13. Defendant called Plaintiff from 800-462-4884.

14. Defendant called Plaintiff on Plaintiff's cell phone and home phone.

15. Defendant called Plaintiff and hung up without leaving a voicemail message.

16. Defendant failed to disclose in subsequent communications that the communication was from a debt collector.  (See transcribed voicemail message attached as Exhibit A.)

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692(d)* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiffs.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiffs repeatedly and continuously with the intent to annoy, abuse, and harass.

    c. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity by calling and hanging up.

    d. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by failing to disclose in subsequent communications that the communication was from a debt collector.

    e. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

18. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, KIMBERLY WILKINSON, respectfully requests judgment be entered against Defendant, VALENTINE & KEBARTAS INC., for the following:

19. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

20. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Actual damages,

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

23. Any other relief that this Honorable Court deems appropriate.

Plaintiff designates Kansas City as place for trial.

RESPECTFULLY SUBMITTED,

By:/s/      Patrick      Cuezze
[ ] Patrick Cuezze
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd.
4th Floor
Los Angeles, CA 90025
(816) 931-0911 (direct)
e-mail: pcuezze@consumerlawcenter.com

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, KIMBERLY WILKINSON, demands a jury trial in this case.

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF KANSAS

    Plaintiff, KIMBERLY WILKINSON, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, KIMBERLY WILKINSON, hereby declare (or certify,
verify or state) under penalty of perjury that the foregoing is true and correct.

_____08/31/2009_____                  _____
        Date                                                                   KIMBERLY WILKINSON

# **EXHIBIT A**

have been doing 50%, 60% or 70%.  So give me a call back and let us see what we can do.  Thank you.

Hi Kimberly, this is Patricia Rafea with Valentine & Kebartas representing Chase Bank USA and I do need a return call mam, 1800-462-4884 and my extension is 563.  We are here 8 a.m. to 8 Kimberly so please return my call within the next two business days.  Thank you.

Hi Kimberly, this is Patricia Rafea with Valentine & Kebartas representing Chase Bank USA and I do need a return call mam, 1800-462-4884 and my extension is 563.  We are here 8 a.m. to 8 Kimberly so please return my call within the next two business days.  Thank you.

Hi, this message is for Kimberly.  My name is _____.  I need you to give me a cal back.  My number is 1800-462-4884, extension 584.

Hi, this message is for Kimberly.  My name is Zanti.  Will you please return my phone call at 1800-462-4884?  My extension is 579.  Thank you.  Bye.

Hi, this message is for Kimberly.  My name is Zanti.  Will you please return my phone call at 1800-462-4884?  My extension is 579.  Thank you.  Bye.

Hi Kimberly, this is Zanti.  I just have some questions to ask, so if you could please get a hold of me at 1800-462-4884 and my extension is 579.

Hi Kimberly, this is Zanti.  I just have some questions to ask, so if you could please get a hold of me at 1800-462-4884 and my extension is 579.

This message is for Kimberly Wilkinson, Patricia Rafea.  I do need a return call.  My toll free number is 1800-462-4884 and my extension is 563.  Kimberly, we are here 8 a.m. to 8 p.m. Mountain Standard Time.  It is very important you return my call in the next three business days.  Thank you.

This message is for Kimberly Wilkinson.  Kimberly, this is Patricia Rafea.  I have left you some messages before.  I do need a return call, 1800-462-4884 and my extension is 563.  We are here 8 a.m. to 8 p.m. Mountain Standard Time.  Kimberly if you can return my call on or before April 30th at 5 p.m. Mountain Standard Time I think you will find it very beneficial.  So call back and let us talk about how much we can save you, we have been doing 50%, 60% or 70%.  So give me a call back and let us see what we can do.  Thank you.

This message is for Dan J. Wilkinson or Kimberly I. Wilkinson. I do need a return call 1800-462-4884, my extension 563. It is very important you do return my call.  Thank you.

This message is for Dan J. Wilkinson or Kimberly I. Wilkinson. I do need a return call 1800-462-4884, my extension 563. It is very important you do return my call.  Thank you.

This message is for Kimberly Wilkinson.  Kimberly, this is Patricia Rafea.  I have left you some messages before.  I do need a return call, 1800-462-4884 and my extension is 563.  We are here 8 a.m. to 8 p.m. Mountain Standard Time.  Kimberly if you can return my call on or before April 30th at 5 p.m. Mountain Standard Time I think you will find it very beneficial.  So call back and let us talk about how much we can save you, we

# **EXHIBIT B**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

| | | |
|---|---|---|
| 1. | Sleeplessness | YES |
| 2. | Fear of answering the telephone | YES |
| 3. | Nervousness | YES |
| 4. | Fear of answering the door | NO |
| 5. | Embarrassment when speaking with family or friends | YES |
| 6. | Depressions (sad, anxious, or "empty" moods) | YES |
| 7. | Chest pains | NO |
| 8. | Feelings of hopelessness, pessimism | YES |
| 9. | Feelings of guilt, worthlessness, helplessness | YES |
| 10. | Appetite and/or weight loss or overeating and weight gain | YES |
| 11. | Thoughts of death, suicide or suicide attempts | NO |
| 12. | Restlessness or irritability | YES |
| 13. | Headache, nausea, chronic pain or fatigue | YES |
| 14. | Negative impact on my job | YES |
| 15. | Negative impact on my relationships | YES |

Other physical or emotional symptoms you believe are associated with abusive debt collection activities:_____
_____
_____
_____
_____
_____
_____

     Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: __08/31/2009__          *Kimberly I. Wilkinson*
                                                      Signed Name

                                        __Kimberly I Wilkinson__
                                        Printed Name