# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| KIMBERLY WILKINSON, | ) |
| Plaintiff, | ) |
| vs. | ) No. 09-cv-2478 JWL/GLR |
| VALENTINE & KEBARTAS INC., | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, KIMBERLY WILKINSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                        Respectfully Submitted,

DATED: December 4, 2009              KROHN & MOSS, LTD.

                                        By:    /s/ Patrick Cuezze
                                                 Patrick Cuezze,
                                                 Attorney for Plaintiff
                                                 Krohn & Moss, Ltd.
                                                 10474 Santa Monica Blvd., Suite 401
                                                 Los Angeles, CA 90025
                                                 e-mail: pcuezze@consumerlawcenter.com